UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIHSING TIEN AKA ANGELA TIEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>Defendants. | Case No. 23-cv-02622-JSW<br><br>**ORDER TO SHOW CAUSE WHY CLAIMS AGAINST TALIA ESPINOZA SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 35 |

On August 23, 2023, the Court denied Plaintiff's motion to remand on the basis that Defendant Talia Espinoza was fraudulently joined. The Court also dismissed the claims against Ms. Espinoza with prejudice. (Dkt. No. 32, Order Denying Motion to Remand at 5:26-27.) On August 28, 2023, the Court granted, in part, and denied, in part, Defendant United Airlines, Inc.'s motion to dismiss. The Court granted Plaintiff leave to amend. Although the Court did not make it explicit in light of its ruling on the motion to remand, it gave Plaintiff leave to amend her claims against United.

On September 18, 2023, Plaintiff filed her amended complaint, which includes claims against Ms. Espinoza. The Court ORDERS Plaintiff to show cause why those claims should not be dismissed pursuant to the Court's Order denying her motion to remand. Plaintiff's response to this Order to Show Cause shall be due by no later than October 3, 2023.

**IT IS SO ORDERED**.

Dated: September 19, 2023

_____
JEFFREY S. WHITE
United States District Judge