UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIHSING TIEN AKA ANGELA TIEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 23-cv-02622-JSW<br><br>**ORDER TO PLAINTIFFF TO SHOW CAUSE RE OVERSIZE AND NON-COMPLIANT BRIEF**<br><br>Re: Dkt. No. 45 |

This Court's Civil Standing Order 6 provides that "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen (15) pages in length. The title page, indices of cases, table of contents, and exhibits are not included in this page limitation." Plaintiff's opposition to Defendant's motion to dismiss does not comply with this Standing Order, and she did not seek leave to file additional pages.

In addition, Plaintiff's objections to Defendant's evidence are not contained within the brief as required by the Civil Local Rules. *See* N.D. Civ. L.R. 7-3(a) ("Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum."). Instead, they are contained within a declaration to her motion.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not strike her opposition brief for failing to comply with the Court's Civil Standing Orders and the Local Rules. Plaintiff's response shall not exceed 3 pages and shall be filed by November 9, 2023. The Court extends the deadline for Defendant to reply to November 17, 2023. If the Court allows Plaintiff's oversize opposition, it will grant Defendant leave to file additional pages in reply.

All parties are HEREBY ADVISED that going forward, if they fail to comply with this

Court's Standing Orders or the Local Rules when filing briefs, the Court will strike offending papers without further notice.

**IT IS SO ORDERED**.

Dated: November 6, 2023

_____
JEFFREY S. WHITE
United States District Judge